James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
      lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

JAMES N. HOOD AS LIQUIDATING TRUSTEE
OF THE OCEANTRADE CORPORATION
LIQUIDATING TRUST,

                Plaintiff,

      -against-

C&SHIPPING CO. LTD. a/k/a C & SHIPPING
CO., LTD. f/k/a SEVEN MOUNTAINS SHIPPING
CO., LTD. a/k/a SEVEN MOUNTAIN SHIPPING
CO., LTD.,

           Defendant.

---

08 Civ.      (  )

**CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE
WITH RULE 7.1 OF THE
FEDERAL RULES
OF CIVIL PROCEDURE**

I, James H. Hohenstein, attorney for Plaintiff James N. Hood as Liquidating Trustee of

the Oceantrade Corporation Liquidating Trust having filed an initial pleading in the above

captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal

Rules of Civil Procedure:

Neither Oceantrade Corporation Liquidating Trust nor Oceantrade Corporation has any corporate parents. In addition, neither entity is publicly traded or has shares that are owned by publicly traded companies.

Dated: New York, New York
April 11, 2008

HOLLAND & KNIGHT LLP

By: _____

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*James N. Hood as Liquidating Trustee
of the Oceantrade Corporation
Liquidating Trust*

# 5167464_v1

2