James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
         lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>C&SHIPPING CO., LTD. a/k/a C & SHIPPING CO., LTD. f/k/a SEVEN MOUNTAINS SHIPPING CO., LTD. a/k/a SEVEN MOUNTAIN SHIPPING CO., LTD.,<br><br>Defendant. | 08 Civ. 3575 (LAK)<br><br>**ORDER APPOINTING PERSONS TO <u>SERVE PROCESS</u>** |

**UPON** application of Plaintiff James N. Hood as Liquidating Trustee for the Oceantrade Corporation Liquidating Trust for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in

Support on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in Support on the garnishees herein.

Dated: New York, New York
April 15, 2008

SO ORDERED

_____
U.S.D.J.

# 5167786_v1