CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMES N. HOOD AS LIQUIDATING TRUSTEE :
OF THE OCEANTRADE CORPORATION         :
LIQUIDATING TRUST,                    :
                                      :
                    Plaintiff,        :        **08-CV-3575**
                                      :
            v.                        :        **NOTICE OF**
                                      :        **APPEARANCE**
C&SHIPPING CO., LTD. a/k/a C& SHIPPING CO.:
LTD. f/k/a SEVEN MOUNTAINS SHIPPING CO.,:
LTD. a/k/a SEVEN MOUNTAIN SHIPPING CO., :
LTD.,                                 :
                    Defendants.       :
--------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       May 6, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                      By:     _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ 07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201