UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JAMES N. HOOD,

      Plaintiff(s)

V.                                                    08-cv-3575 (LAK)

C & SHIPPING CO.,

      Defendant(s).

------------------------------------x

HON. LEWIS A KAPLAN:

                      ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

      This action will be dismissed without prejudice without any further action by the Court, on consent of plaintiff, unless on or before December 1, 2008, plaintiff shall have filed a proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued.

SO ORDERED.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.

          May 29, 2008

Consented to by Plaintiff's Counsel: _____
                                            James H. Hollenstein, Esq.