USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

# Holland Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway 24th Floor
New York NY 10007-3189
www.hklaw.com

**MEMO ENDORSED**

*Docket*

*[handwritten endorsement]: In view of this letter, there is no need to respond to order.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ
9/4/08

September 2, 2008

James H Hohenstein
212 513 3213
jim.hohenstein@hklaw.com

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re: *James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust v. C&Shipping Co., Ltd. et al.*, U.S.D.C., S.D.N.Y. 08 Civ. 3575 (LAK)
Our File: 099304.00002

Dear Judge Kaplan:

We are attorneys for plaintiff in this matter, James N. Hood as Liquidating Trustee of Oceantrade Corporation Liquidating Trust.

On May 29, 2008 at the preliminary conference in this matter, the Court ordered that this action will be dismissed without prejudice unless on or before December 1, 2008, plaintiff shall have filed proof of service on defendant (C&Shipping Co.) or proof that plaintiff has succeeded in attaching property pursuant to the writ of maritime attachment issued in this matter. For ease of reference, a copy of the Court's May 29, 2008 Order is enclosed.

Since that time, our client has attached Defendant's funds in the form of a wire transfer coming through Citibank N.A. such that plaintiff is now fully secured in this matter. A copy of the e-mail received from the garnishee bank confirming the attachment as well as our response also is enclosed for the Court's reference.

Since the attachment, we have been in contact with a representative of C&Shipping Co. who is copied below although the Defendant has not yet formally appeared in this action.

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
September 2, 2008
Page 2

      Under the circumstances, we respectfully request that the Court rescind the May 29, 2008 Order and that this action proceed in the usual manner.

      We thank the Court for its attention to this matter.

Respectfully submitted,

James H. Hohenstein

JHH/lds

Enclosures

cc:   **VIA E-MAIL**

    Mr. Jim Cox
    Steamship Mutual

    Lissa D. Schaupp, Esq.

#5568491 v1